**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 576 MAL 2017

                 Respondent         :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

               v.                  :

                                     :

MESSIAH BURRELL,                :

                       :

             Petitioner            :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 9th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.